UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

M.P., a minor, by H.O.P., his
father and next friend,

        Plaintiff,

v.

**ORDER**
Civil File No. 06-3485 (MJD/AJB)

CENTRAL MINNESOTA
CHRISTIAN SCHOOL, et al.,

        Defendants.
_____

On August 25, 2006, this Court heard arguments via conference call with Plaintiff Harold O. Postma, Defendant Rod De Boer, and Attorney Todd Kleinhuizen. Based on the filings and the parties' arguments, the Motion for Temporary Restraining Order is denied.

**IT IS HEREBY ORDERED** that

The Motion for Temporary Restraining Order [Docket No. 2] is **DENIED**.

Dated: August 25, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court

Dockets.Justia.com