UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

M.P., a minor, by H.O.P., his
father and next friend,

       Plaintiff,

v.                                  **ORDER**
                                  Civil File No. 06-3485 (MJD/AJB)

CENTRAL MINNESOTA
CHRISTIAN SCHOOL, et al.,

       Defendants.
_____

      This matter is before the Court regarding a letter request by Plaintiff to file a motion for reconsideration of the Court's August 29, 2006, Order denying Plaintiff's motion for a Temporary Restraining Order.

      The Local Rules provide that a motion to reconsider can only be filed with the Court's express permission, and then, only "upon a showing of compelling circumstances." L.R. 7.1(g).  The district court's decision on a motion for reconsideration rests within its discretion.  <u>Hagerman v. Yukon Energy Corp.</u>, 839 F.2d 407, 413 (8th Cir. 1988).

> Motions for reconsideration serve a limited function: to correct
> manifest errors of law or fact or to present newly discovered
> evidence.  Such motions cannot in any case be employed as a vehicle
> to introduce new evidence that could have been adduced during
> pendency of the summary judgment motion. The nonmovant has an

>affirmative duty to come forward to meet a properly supported motion for summary judgment. . . . Nor should a motion for reconsideration serve as the occasion to tender new legal theories for the first time.

Id. at 414 (citation omitted). The Court has reviewed its August 29, 2006, Order and concludes that it contains no manifest errors of law or fact.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's September 11, 2006, letter request to file a motion for reconsideration [Docket No. 13] is **DENIED**.


Dated: September 29, 2006          s / Michael J. Davis
                                   Judge Michael J. Davis
                                   United States District Court